■ JUANA ONOFRE, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendants.— Judgment entered upon a verdict in favor of plaintiff for $12,000, unanimously reversed, on the law and on the facts, on the ground of excessiveness of the verdict and a new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to the sum of $8,000, in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Rabin, J. P., Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL TROYAN, Appellant.— Judgment convicting defendant of crime of exposure of person (Penal Law, § 1140) unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally and Bergan, JJ.

■ In the Matter of the Accounting of JACQUELINE SELIGMANN, Individually and as Ancillary Administratrix, C. T. A. of the Estate of ELLA J. SELIGMANN, Deceased, Appellant. FRANCOIS-GERARD SELIGMANN.— Intermediate decree on accounting, dated April 9, 1959, unanimously affirmed, with costs. No opinion. Concur — Rabin, J. P., Valente, McNally and Bergan, JJ.

■ IRVING KREMSDORF, Respondent, v. ROBERT D. YANOWITZ, as Executor of NATHAN YANOWITZ, Deceased, Appellant.— Order denying defendant's motion to dismiss the complaint, dated April 11, 1960, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORTON ROWEN, as Executor of HENRIETTA ROSEN, Deceased, Appellant.— Judgment [re premises 93 Baxter Street, New York, N. Y.] unanimously affirmed. No opinion. Judgment [re premises 91 Baxter Street, New York, N. Y.] unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, Stevens and Bergan, JJ.

■ In the Matter of SOUTHSIDE HOSPITAL, Appellant, against THOMAS THACHER, as Superintendent of Insurance of the State of New York, Respondent.— Order granting respondent's cross motion to dismiss the amended petition for insufficiency in law, dated April 6, 1960, and the order denying petitioner's motion for reargument and rehearing, dated April 26, 1960, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, Stevens and Bergan, JJ.

■ In the Matter of DONALD A. SWAN, Appellant, against COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Respondent.— Order dated October 6, 1959, as amended by the final order of October 22, 1959, denying petitioner's application under article 78 of the Civil Practice Act, and dismissing the petition, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, Stevens and Bergan, JJ.

■ In the Matter of JEROME C. LEWIS for Reinstatement to the Bar.— Motion for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ CORNELIUS B. CHAPMAN et al., v. FRANCES M. PURDY et al. (Action No. 1.) FRANCES M. PURDY et al., v. CORNELIUS B. CHAPMAN et al., Copartners. (Action No. 2.) — Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.